**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Shi Jie PAN, Defendant—Appellant.**

No. 02–10378.

D.C. No. CR–99–00452–DAE–01.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 11, 2005.*

Decided Oct. 18, 2005.

Thomas C. Muehleck, Asst. U.S. Atty., United States Attorney, Honolulu, HI, for Plaintiff–Appellee.

Donald L. Wilkerson, Honolulu, HI, for Defendant–Appellant.

Before NELSON, T.G., WARDLAW, and TALLMAN, Circuit Judges.

### MEMORANDUM **

Shi Jie Pan appeals the 120–month sentence imposed following his jury-trial con-

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

viction for conspiracy to engage in alien smuggling, in violation of 8 U.S.C. § 1324(a)(1)(A)(v), and illegal alien smuggling, in violation of 8 U.S.C. § 1324(a)(2)(B)(ii). We have jurisdiction pursuant to 18 U.S.C. § 3742(a).

We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

**REMANDED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.